IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **RYAN PATRIC THOMAS,** | : |
| Plaintiff, | : NO. 5:11-CV-94 (WLS) |
| VS. | : |
| **CURTIS BILLUE,** *et al.*, | : Proceedings Under 42 U.S.C. §1983 |
| Defendants. | : Before the U.S. Magistrate Judge |

## ORDER

Before the Court is a Motion to Strike filed by Plaintiff Ryan Patric Thomas. Doc. 19. Within this Motion, Plaintiff asks for leave to withdraw his previously filed pleading titled Plaintiff's Objections to Defendants' Answer (Doc.15). In addition, Plaintiff's Motion also includes a request that he be given a mental health evaluation, at the government's expense, by a doctor not employed by the Georgia Department of Corrections.

On October 18, 2011, a text only order granting Plaintiff's Motion to Strike was entered in this case. It has since come to the Court's attention that this order could be interpreted as granting the Plaintiff's request for a mental health evaluation. Such is not the case. For this reason, the text only order entered on October 18, 2011 is hereby **VACATED** and it is **ORDERED** that Plaintiff's Motion to Strike be **GRANTED** to the limited extent that it seeks to strike the pleading titled Plaintiff's Objections to Defendants' Answer.

**SO ORDERED**, this the 27th day of October, 2011.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge